## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**SHANNON O'MAR MITCHELL,**

    **Plaintiff,**

**v.**                                  **Case No. 5:20cv170-TKW-MJF**

**APALACHEE CORRECTIONAL**
**INSTITUTION, et al.,**

    **Defendants.**
_____/

### ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5).  No objections were filed.  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to pay the filing fee and failure to comply with court orders.

Accordingly, it is **ORDERED** that:

1.    The Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is **DISMISSED**, and the Clerk shall close the file.

**DONE and ORDERED** this 9th day of October, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**